No.

In The   PD-0200-15

Court Of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

O. D. Van Duren

v.

The State Of Texas

From Appeal No. 01-13-00103-CR

Trial Cause No. 1307615

Harris County

FILED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

First Motion For Extension Of Time To File

Petition For Discretionary Review

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes Now, O. D. Van Duren, Petitioner, And files this Motion for an extension of sixty (60) days in which to file Petition For Discretionary Review. In support of this Motion shows the Court the following:

I.

The Petitioner was convicted in the 174th District Court of Harris County, Texas of the offense of Driving While Intoxicated in Cause No. 1307615, styled State Of Texas vs. O. D. Van Duren. The Petitioner appealed to the Court Of Appeals, First Supreme Judicial District. The case was affirmed on October 30, 2014. Petitioner filed Motion To Reconsider, mailed to First Court Of Appeals on November 19, 2014. On January 16, 2015 Petitioner recieved order denying his Motion, dated January 13, 2015.

II.

The present deadline for filing the Petition For Discretionary Review is February 12, 2015. The Petitioner has not requested any extension prior to this

request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner is acting Pro Se, and his ability to research is limited, access to research material is slow and books are limited and outdated.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition For Discretionary Review in Case No. 01-13-00103-CR to April 12, 2015.

Respectfully submitted,

O. D. Van Duren

O. D. Van Duren
Petitioner, Pro Se

## Certificate Of Service

I certify that a true and correct copy of the above and foregoing First Motion For Extension Of Time To File A Petition For Discretionary Review, has been forwarded by U.S. Mail to:

Clerk
Supreme Court Bldg.,
201 W. 14th St., Rm. 106
P.O. Box 12308
Austin, Texas 78711-2308
on this the 15th day of February, 2015.

O. D. Van Duren
Petitioner, Pro Se

I, O. D. Van Duren, verify and declare under penalty of perjury that the foregoing statements are true and correct.
Executed: February 15, 2015.

O. D. Van Duren